UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**PEPPER HAMILTON LLP**
(A Pennsylvania LLP)
Suite 400
301 Carnegie Center
Princeton, NJ  08543-5276
Tel.  609.452.0808
Fax  609.452.1147
Angelo A. Stio III, Esq.
Jeffrey A. Carr, Esq.
Christopher P. Soper, Esq.
- and -
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Tel.  215.981.4481
Fax  215.981.4750
Robert L. Hickok, Esq.

*Attorneys for Plaintiff, Edwin Stier, Esq.,
Trustee of the Estate of Birdsall Services Group, Inc.
and Trustee of the Estate of BSG Engineering,
Surveying, Landscape & Architecture LLC*

| | |
|---|---|
| In Re:<br><br>BIRDSALL SERVICES GROUP, INC., et al.,<br><br>　　　　　　　Debtor. | CHAPTER 11<br><br>Case No. : 13-16743 (MBK)<br><br>Judge:  Michael B. Kaplan |
| EDWIN STIER, ESQ., Trustee for the Estates of Birdsall Services Group, Inc. and BSG Engineering, Surveying, Landscape & Architecture LLC<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PHILIP ANGARONE, WILLIAM J. BARRON, HOWARD D. BIRDSALL, WILLIAM T. BIRDSALL, CLARE H. BRODERICK, DAVID EARECKSON, GERARD FREDA, ROBERT M. GERARD, MICHAEL J. GIULIANO, H. DANIEL HARRIS, JOHN HESS, ALAN P. HILLA, JAMES JOHNSTON, EILEEN KUHFAHL-SPEARS, | Hearing Date: N/A<br><br>Adv. Proc. No. 13-1808 |

#20671169 v1

SCOTT R. MACFADDEN, JOHN C. MORRIS III, RALPH J. ORLANDO, PAUL P. PANZARINO, THOMAS K. ROSPOS, DIANNE SEYMOUR, and JOHN L. WUESTNECK.

Defendants.

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned appear as counsel for Plaintiff, Edwin Stier, Esq., Trustee of the Estate of Birdsall Services Group, Inc. and Trustee of the Estate of BSG Engineering, Surveying, Landscape & Architecture LLC ("Stier").

Pursuant to Bankruptcy Rule 2002(i), the undersigned requests that he be added to the official mailing matrix and service lists in this case. In addition, said counsel requests that copies of all pleadings, motions, notices, and other papers, filed and/or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

> Christopher P. Soper
> Pepper Hamilton LLP
> Suite 400
> 301 Carnegie Center
> Princeton, NJ 08543-5276
> Telephone: (609) 452-0808
> Facsimile: (609) 452-1147
> Email: soperc@pepperlaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statements, whether formal or informal,

whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

This Notice of Appearance, Request For Matrix Entry and Request For Service of Notices and Documents by Stier does not constitute, nor shall it be deemed to be, a voluntary or involuntary submission to the jurisdiction of the Bankruptcy Court for any purpose.

| | |
|---|---|
| Dated: August 20, 2013 | /s/ Christopher P. Soper<br>Christopher P. Soper<br>Pepper Hamilton LLP<br>Suite 400<br>301 Carnegie Center<br>Princeton, NJ  08543<br>Tel.  609.452.0808<br>Fax  609.452.1147<br>Email: soperc@pepperlaw.com<br><br>*Attorneys for Plaintiff, Edwin Stier, Esq., Trustee of the Estate of Birdsall Services Group, Inc. and Trustee of the Estate of BSG Engineering, Surveying, Landscape & Architecture LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2013, a copy of the foregoing Notice Of Appearance, Request For Matrix Entry And Request For Service Of Notices And Documents was served via first class mail, postage prepaid, upon the following parties:

Howard C. Birdsall
120 Ashley Avenue
Brielle, NJ  08730

William T. Birdsall
54 Aberdeen Lane
Manchester, NJ  08759

Robert M. Gerard
1444 Dorset Drive
Wall, NJ 07719

H. Daniel Harris
11309 Hidden Cove Court
Spotsylvania, VA 22551

Alan P. Hilla
612 Cherokee Lane
Brielle, NJ  08730

James Johnston
25 Ireland Brook Drive
North Brunswick NJ  08902

John C. Morris III
720 Lovett Road
Colts Neck, NJ  07722

Paul P. Panzarino
25 Fox Chase Drive
Watchung, NJ  07060

Thomas K. Rospos
6 Inlet Terrace
Belmar, NJ  07719

John L. Wuestneck
2420 Cedar Street
Manasquan, NJ  08736

William J. Barron
2 Yale Court
Tinton Falls, NJ  07724

Dianne Seymour
72 Kingston Drive
Jackson, NJ  08527

Clare H. Broderick
7 Robin Road
Rumson, NJ  07760

Michael J. Giuliano
24 L Street
Seaside Park, NJ  08752

Scott R. MacFadden
8 Victory Lane
Brick NJ  08723

Ralph J. Orlando
55 Melrose Terrace
Apartment 212
Long Branch, NJ  07740

John Hess
76 1st Street
Barnegat, NJ  08005

Philip Angarone
245 Spring Street
Bordentown, NJ 08505

#20671169 v1

| | |
|---|---|
| Eileen Kuhfahl-Spears<br>301 LaReine Avenue<br>Unit 1<br>Bradley Beach, NJ  07720<br><br>Gerald Freda<br>47 Hill Top Circle<br>Lincroft, NJ  07738 | David Eareckson<br>301 Old Bridge Road<br>Brielle, NJ  08730 |
| Dated: August 20, 2013 | /s/ Christopher P. Soper<br>Christopher P. Soper<br>Pepper Hamilton LLP<br>Suite 400<br>301 Carnegie Center<br>Princeton, NJ  08543<br>Tel.  609.452.0808<br>Fax  609.452.1147<br>E-mail: soperc@pepperlaw.com<br><br>*Attorneys for Plaintiff, Edwin Stier, Esq., Trustee of the Estate of Birdsall Services Group, Inc. and Trustee of the Estate of BSG Engineering, Surveying, Landscape & Architecture LLC* |

#20671169 v1