# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



A PROFESSIONAL CORPORATION

ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
SCOTT S. REVER°°
DONALD W. CLARKE+

°°ALSO MEMBER OF PA BAR
+ ALSO MEMBER OF NY BAR

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ+
NORMAN D. KALLEN
KEITH E. MARLOWE+

EMAIL: DCLARKE@WJSLAW.COM

October 1, 2013

**VIA CM/ECF AND ELECTRONIC MAIL**

Honorable Michael B. Kaplan
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> In re: **Birdsall Services Group, Inc.**
> **BSG Engineering, Surveying and Landscape Architecture, LLC.**
> **Jointly Administered Case No.: 13-16743 (MBK)**
>
> **Edwin H. Stier, Trustee v. Philip Angarone, et al.**
> **Adv. Pro. No.: 13-01808 (MBK)**

Dear Judge Kaplan:

This firm represents Edwin H. Stier, Esq., Chapter 7 Trustee for the above-referenced jointly administered estates of Birdsall Services Group, Inc. and BSG Engineering, Surveying and Landscaping Architecture, LLC, and plaintiff in the above-referenced Adversary Proceeding (the "Trustee"). This letter serves to confirm that the conference call, originally scheduled for September 30th, has been adjourned to Thursday, October 3rd, at 3:00 p.m.

I thank the Court for its courtesies in this matter.

Respectfully submitted,

WASSERMAN, JURISTA & STOLZ, PC

DONALD W. CLARKE