UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PEPPER HAMILTON LLP
(A Pennsylvania LLP)
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
Tel. 609.452.0808
Fax 609.452.1147
Robert L. Hickok
Angelo A. Stio III
Jeffrey A. Carr
Christopher P. Soper
*Attorneys for Chapter 7 Trustee, Edwin Stier*

| | |
|---|---|
| IN RE:<br><br>BIRDSALL SERVICES GROUP, Inc.,<br><br>    Debtors. | Chapter 7<br><br>Case No. 13-16743 (MBK)<br>(Jointly Administered)<br><br>Hon. Michael B. Kaplan |
| EDWIN STIER, ESQ., Trustee for the Estates of Birdsall Services Group, Inc. and BSG Engineering, Surveying, Landscaping & Architecture LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIP ANGARONE, *et al.,*<br><br>    Defendants. | Hearing Date: N/A<br><br>Adv. Pro. No. 13-01808 (MBK)<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO INDICTED DEFENDANTS**<br>———————— |

**NOTICE IS HEREBY GIVEN** that plaintiff Edwin Stier, Esquire, as Trustee for

the Estates of Birdsall Services Group, Inc. and BSG Engineering, Surveying, Landscape &

Architecture LLC, pursuant to FRCP 41(a)(1)(A)(i), hereby voluntarily dismisses, without

#22480490 v1

prejudice, all claims in the above-captioned Adversary Proceeding (13-01808) against the

Indicted Defendants, Phil Angarone, Howard D. Birdsall, William T. Birdsall, Robert M. Gerard,

Thomas K. Rospos, Alan P. Hilla, Eileen Kuhfahl-Spears, Scott R. MacFadden and James

Johnston.


Dated: November 19, 2013                    /s/ Christopher P. Soper
                                            PEPPER HAMILTON LLP
                                            (A Pennsylvania LLP)
                                            Suite 400
                                            301 Carnegie Center
                                            Princeton, NJ 08543-5276
                                            Tel. 609.452.0808
                                            Fax 609.452.1147
                                            Robert L. Hickok
                                            Angelo A. Stio III
                                            Jeffrey A. Carr
                                            Christopher P. Soper

                                            *Attorneys for Plaintiff, Edwin Stier, Esq.,*
                                            *Chapter 7 Trustee for the Estates of Birdsall*
                                            *Services Group, Inc. and BSG Engineering,*
                                            *Surveying, Landscape & Architecture LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2013, copies of the

foregoing Notice of Voluntary Dismissal Without Prejudice as to Indicted Defendants were

served via first class mail, postage prepaid, upon the attached service list.


Dated: November 19, 2013                    /s/ Christopher P. Soper
                                            Suite 400
                                            301 Carnegie Center
                                            Princeton, NJ 08543-5276
                                            Tel. 609.452.0808
                                            Fax 609.452.1147
                                            Robert L. Hickok
                                            Angelo A. Stio III
                                            Jeffrey A. Carr
                                            Christopher P. Soper

                                            *Attorneys for Plaintiff, Edwin Stier, Esquire,
                                            Chapter 7 Trustee for the Estates of Birdsall
                                            Services Group, Inc. and BSG Engineering,
                                            Surveying, Landscape & Architecture LLC*

### SERVICE LIST

| | |
|---|---|
| Howard D. Birdsall | John McDonald, Esquire<br>McDonald & Rogers, LLC<br>181 West High St.<br>Somerville, NJ  08876<br><br>Paul R. DeFilippo, Esquire<br>John D. Giampolo, Esquire<br>Wollmuth Maher & Deutsch LLP<br>One Gateway Center<br>Newark, NJ  07102 |
| William T. Birdsall | Steve Altman, Esquire<br>Benedict and Altman<br>247 Livingston Ave.<br>New Brunswick, NJ  08901 |
| Robert M. Gerard | Vincent Nuzzi, Esquire<br>Nuzzi & Mason, LLC<br>50 Nelson St.<br>Dover, NJ  07801<br><br>Vincent F. Papalia, Esquire<br>Saiber<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ  07932 |
| Alan P. Hilla | Michael Critchley, Esquire<br>Critchley, Kinum & Vazquez, LLC<br>75 N. Livingston Ave.<br>Livingston, NJ  07039 |
| James Johnston | Donald Belsole, Esquire<br>Belsole and Kurnos, L.L.C.<br>3 Prospect Street<br>Morristown, NJ  07960 |

| | |
|---|---|
| Scott R. MacFadden | William Cunningham, Esquire<br>Starkey, Kelley, Kenneally, Cunningham<br> & Turnbach<br>1593 Route 88 West<br>Brick, NJ  08724 |
| Phil Angarone | Robert Mintz, Esquire<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ  07102 |
| Eileen Kuhfahl-Spears | Robert Bonney, Esquire<br>Lomurro Davison Eastman & Munoz PA<br>Monmouth Executive Center<br>100 Willow Brook Rd., Suite 100<br>Freehold, NJ  07728 |
| Thomas K. Rospos | Henry Klingeman, Esquire<br>Krovatin Klingeman, LLC<br>60 Park Place, Suite 1100<br>Newark, NJ  07102<br><br>Mark Sheridan, Esquire<br>Mark Christopher Errico, Esquire<br>Patton Boggs, LP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, NJ  07102 |
| Unindicted Defendants | Ellis I. Medoway, Esquire<br>Archer & Greiner P.C.<br>One Centennial Square<br>33 East Euclid Avenue<br>Haddonfield, NJ  08033<br><br>David Marion, Esquire<br>Archer &  Greiner P.C.<br>One Liberty Place, 32nd Floor<br>1650 Market Street<br>Philadelphia, PA  19103 |